John M. Morrison
MORRISON SHERWOOD WILSON DEOLA, PLLP
401 North Last Chance Gulch • P.O. Box 557
Helena, Montana 59624-0557
(406) 442-3261
(406) 443-7294 facsimile
john@mswdlaw.com
*Attorney for Plaintiffs*

MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | |
|---|---|
| BARBARA A. GIBSON as Personal Representative of the ESTATE of JOHNNY G. GIBSON, and for herself, JOHN TRAVIS MORGAN GIBSON and DIXIE LEE GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL MONTANA COMMUNITY HEALTH CENTER, KIMBERLEE D. DECKER, DNP, APRN, FNP-BC, and DOES 1-10,<br><br>Defendants. | Cause No. CV-18-03-GF-BMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COME NOW the Plaintiffs, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., and voluntarily dismiss the above-captioned matter without prejudice.

DATED this 13th day of February, 2018.

By: /s/ John M. Morrison
John M. Morrison
MORRISON SHERWOOD WILSON DEOLA PLLP
*Attorney for Plaintiffs*